UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
COAST TO COAST FABRICS, INC.,					Civil Action No. 07 CV 3323 (RWS)

               Plaintiff,

-against-								RULE 7.1 STATEMENT

FOREVER 21, INC.,

               Defendant.
------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure the undersigned attorney of record for plaintiff COAST TO COAST FABRICS, INC., certifies that the following are corporate parents and publicly held corporations that owns 10% or more of its stock: None.


Dated:  New York, New York
        April 24, 2007

                                                    Respectfully submitted,

                                                    SILVERBERG STONEHILL
                                                    GOLDSMITH & HABER, P.C.
                                                    Attorneys for Plaintiff


                                    By:     s/ Kenneth R. Schachter
                                                   Kenneth R. Schachter (KS-8833)

                                                   111 West 40th Street
                                                   New York, New York  10016
                                                   (212) 730-1900