COAST TO COAST FABRICS, INC.

Index # 07 CV 3323 (SWEET

Plaintiff(s)

- against -

Date Filed:

FOREVER 21, INC.

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF California : COUNTY OF Los Angeles ss:

I, Jeff Star _____ BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT L.A. Co. . ON 5/3/07 AT 12:53 AM/PM AT 2001 S. Alameda St., Los Angles, CA 90058

DEPONENT SERVED THE WITHIN SUMMONS & COMPLAINT AND JUDGES' RULES
ON: FOREVER 21, INC. ,THE DEFENDANT/RESPONDENT THEREIN NAMED.

**#1 INDIVIDUAL** By delivering a true copy of each to said defendant/respondent personally; deponent knew the person so served to be the person described as the defendant/respondent therein.

**#2 CORPORATION** A domestic corporation, delivering thereat a true copy of each to KATE CHUN personally,
[X] deponent knew said corporation so serviced to be the corporation, described in same as said defendant/respondent and knew said individual to be authorized agent thereof.

**#3 SUITABLE AGE PERSON** By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is the defendant's/respondent's [ ] actual place of business [ ] dwelling house / usual place of abode within the state.

**#4 AFFIXING TO DOOR** By affixing a true copy of each to the door of said premises, which is the defendant's/respondent's [ ] actual place of business [ ] dwelling house /usual place of abode within the state.

**#5 MAILING COPY** On _____ , deponent completed service under the last two sections by depositing a copy of the SUMMONS & COMPLAINT AND JUDGES' RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____ .

Deponent was unable, with due diligence to find the defendant/respondent or a person of suitable age and discretion, having called thereat

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SERVICE** After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the defendant/respondent being served because of the following: [ ] party unknown at address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] No one ever in or available to accept service

**#7 DESCRIPTION** A description of the defendant/respondent , or other person served, or spoken to on behalf of the
[X] defendant/respondent is as follows:

Description is required if #1,#2 or #3 above is Selected

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|-----|-----------|-----------|--------------|-----------------|-----------------|
| F | Asian | blk | 33 yrs. | 5'3" | 115 lbs. |

Other:

**# 8 WIT. FEES** $_____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the witness/recipient.

**# 9 MILITARY SERVICE** Deponent asked person spoken to whether the defendant/respondent was in the military service of the United States Government or on active duty in the military service in the State of _____ and was informed the defendant/respondent was not.

ROBERT CAIN
COMM. # 1668106
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My COMM. EXP. MAY 19, 2010

Sworn to before me on this 8th day of May, 2007 Server signature: _____

Notary Public _____ Docket #: 475737 Lic. # 2837