RECEIVED
AUG 1 5 2007
JUDGE SWEET CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
COAST TO COAST FABRICS, INC.,   Civil Action No. 07 CV 3323 (RWS)

              Plaintiff,
-against-   **STIPULATION AND ORDER OF VOLUNTARY DISMISSAL**

FOREVER 21, INC.,

              Defendant.
----------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by counsel for plaintiff that plaintiff, in accordance with the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses the above captioned action, with prejudice and without an award of costs.

Respectfully submitted,

SILVERBERG STONEHILL GOLDSMITH
& HABER, P.C.
Attorneys for Plaintiff

By: _____
Kenneth R. Schachter

111 West 40th Street
New York, New York 10016
(212) 730-1900

Entered: New York, New York
      8/20, 2007

SO ORDERED:

_____ PART IV
LAURA TAYLOR SWAIN U.S.D.J.